UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STAY AWAY FROM THE CANS, LLC
   *Plaintiff,*
vs.

TOWN OF JOHNSTON
   *Defendant.*

C.A. No. 1:21-cv-00041
*{Superior Court C.A. PC-2019-5993}*

### DEFENDANTS' NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441 et seq., Rule 81(c) of the Federal Rules of Civil Procedure, and Local Civil Rule 81 of the United States District Court for the District of Rhode Island, Defendants Town of Johnston and Joseph Chiodo, in his official capacity as Finance Director for the Town of Johnston, allege as follows:

1. Defendants Town of Johnston and Joseph Chiodo, in his official capacity as Finance Director for the Town of Johnston (hereinafter "Defendants"), are defendants in the civil action filed in Providence County Superior Court, entitled, **Stay Away From The Cans LLC v. Town of Johnston and Joseph Chiodo, in his official capacity as Finance Director for the Town of Johnston,** *C.A. No. PC-2021-5993*.

2. Pursuant to 28 USCS § 1446(a) attached hereto is a copy of the process and pleadings served upon Defendant.

3. This Notice of Removal is filed timely under 28 U.S.C. § 1446(b).

4. The above described action, as stated in plaintiffs' Second Amended Complaint, is one of which this Court has original federal question jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is therefore one which may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

5. This Notice of Removal is filed on behalf of these defendants.

*Stay Away From The Cans LLC. v. Johnston*
C.A. No. 1:21-cv-00041

6. A copy of this Notice of Removal will be filed promptly in the Court from which the case is being removed and all adverse parties pursuant to 28 USCS § 1446(d).

7. Within fourteen (14) days after filing this Notice of Removal, the party filing this notice shall do whatever is necessary to enable the clerk of the state court to assemble and electronically transmit a certified copy of the docket sheet and all documents filed in the case being removed, pursuant to Local Civil Rule 81(b).

>  Defendants,
>  By their Attorneys,
>
>  */s/ Michael A. DeSisto*
>  Marc DeSisto, Esq. (#2757)
>  DeSisto Law LLC
>  60 Ship Street
>  Providence, RI 02906
>  (401) 272-4442
>  michael@desistolaw.com

## CERTIFICATION OF SERVICE

I hereby certify, that on this 24th day of January 2022, I electronically served this document through the electronic filing system upon the following parties:

| | |
|---|---|
| Robert Clark Corrente, Esq.<br>rcorrente@whelancorrente.com | Christopher N. Dawson, Esq.<br>cdawson@whelancorrente.com |
| William J. Conley, Esq.<br>wconley@wjclaw.com | |

>  */s/ Michael A. DeSisto*