Case Number: PC-2019-5993
Filed in Providence/Bristol County Superior Court
Submitted: 1/24/2022 3:07 PM
Envelope: 3458370
Reviewer: Victoria H

| | |
|---|---|
| STATE OF RHODE ISLAND<br>PROVIDENCE, SC. | SUPERIOR COURT |

|  |  |  |
|---|---|---|
| STAY AWAY FROM THE CANS, LLC | : | |
| *Plaintiff* | : | |
| | : | |
| vs. | : | C.A. No.: PC-2019-5993 |
| | : | |
| TOWN OF JOHNSTON, | : | |
| *Defendant.* | : | |

### NOTICE OF FILING PETITION FOR REMOVAL

**TO:  Clerk's Office**  (See also those listed under
       **Providence County Superior Court**  Certification of Service)
       **Licht Judicial Complex**
       **Providence, RI 02903**

Please take notice that Defendants – Town of Johnston and Joseph Chiodo, in his official capacity as Finance Director for the Town of Johnston has this day filed in the United States District Court for the District of Rhode Island a Notice of Removal of the above-entitled action from the Providence County Superior Court to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. §§ 1441 and 1446.

Dated this 24th day of January 2022.

                                              Defendants,
                                              By their Attorneys,

                                              */s/ Michael A. DeSisto*
                                              Michael A. DeSisto, Esq. (#2444)
                                              DeSisto Law LLC
                                              60 Ship Street
                                              Providence, RI 02906
                                              (401) 272-4442
                                              michael@desistolaw.com

Case Number: PC-2019-5993
Filed in Providence/Bristol County Superior Court
Submitted: 1/24/2022 3:07 PM
Envelope: 3458370
Reviewer: Victoria H

Case 1:22-cv-00041-JJM-LDA   Document 1-2   Filed 01/24/22   Page 2 of 2 PageID #: 125

## **CERTIFICATION OF SERVICE**

      I hereby certify that on the 24th day of January 2022, the within document has been e-filed with the Court and e-served through the Superior Court's Electronic Filing System to all registered members and is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

                                              */s/ Michael A. DeSisto*