UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STAY AWAY FROM THE CANS, LLC, : | |
|     Plaintiff : | |
| : | |
| v. : | C.A. No. 1:22-cv-00041-JJM-LDA |
| : | |
| TOWN OF JOHNSTON and JOSEPH : | |
| CHIODO, in his Official Capacity as : | |
| Finance Director for the Town of : | |
| Johnston, : | |
|     Defendants : | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff Stay Away From the Cans, LLC gives notice that it has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

                                                               **Plaintiff Stay Away From the Cans, LLC**

                                                                By its Attorneys,

                                                                /s/ *Robert Clark Corrente*
                                                                /s/ *Christopher N. Dawson*
                                                                Robert Clark Corrente (#2632)
                                                                Christopher N. Dawson (#8508)
                                                                WHELAN CORRENTE & FLANDERS LLP
                                                                100 Westminster Street, Suite 710
                                                                Providence, RI 02903
                                                                Tel. (401) 270-4500
                                                                Fax (401) 270-3760
                                                               rcorrente@whelancorrente.com
                                                               cdawson@whelancorrente.com

Dated: February 24, 2022

## CERTIFICATE OF SERVICE

  I hereby certify that on February 24, 2022, the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                */s/ Robert Clark Corrente*

69207.DOCX