# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF RHODE ISLAND

STAY AWAY FROM THE CANS, LLC,

    Plaintiff,

    v.                                                  1:22-cv-00041-JJM-PAS

TOWN OF JOHNSTON, ET AL.

    Defendants.

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to this Court's Order entered on October 20, 2023, and in accordance with Fed. R. Civ. P. 58, Defendants' Motion for Summary Judgment is granted as to Counts I and II, and Count V to the extent that Plaintiff seeks attorney fees under 42 U.S.C. § 1988; and Plaintiff's Motion for Partial Summary Judgment is denied as to the same. The Court remands the case so that the state court can handle the remaining counts based on state law.

It is so ordered.

October 20, 2023                                        By the Court:

                                                                /s/ Hanorah Tyer-Witek
                                                                Clerk of Court